# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 04, 2020**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Nunez-Mojica, Daniel | Docket No. | 0980 2:19CR00168-TOR-1 |

**Petition for no Action on Conditions of Pretrial Release**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Daniel Nunez-Mojica, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 6th day of November 2019, under the following conditions:

**Additional Condition of Release #14**: Defendant shall remain in the Eastern District of Washington while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

**Standard Condition of Release #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Daniel Nunez-Mojica is alleged to have left the Eastern District of Washington without first obtaining permission. The defendant was admitted to Fairfax Hospital in Kirkland, Washington, on December 9, 2019.

On November 12, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Nunez-Mojica. He acknowledged an understanding of his conditions, which included special condition number 14.

On December 9, 2019, Daniel Nunez-Mojica attempted to harm himself by hanging. He was taken to the local hospital for an evaluation. During the assessment, he admitted to further suicidal ideation. He admitted to drinking 7 to 12 beers prior to the incident. He also attempted to escape from the hospital prior to the assessment. He was detained by a mental health professional and taken to Fairfax Psychiatric Hospital for further evaluation and treatment.

On December 17, 2019, Daniel Nunez-Mojica was discharged from the hospital on a 90-day least restrictive alternative (LRA). He was referred to Grant Integrated Services in Moses Lake, Washington, for further services.

**Violation #2**: Daniel Nunez-Mojica is alleged to have used oxycodone without a valid prescription.

On November 12, 2019, the conditions of pretrial release supervision were reviewed and signed by Mr. Nunez-Mojica. He acknowledged an understanding of his conditions, which included special condition number 9.

On December 9, 2019, Mr. Nunez-Mojica was admitted to the Fairfax Psychiatric Hospital in Kirkland, Washington. A toxicology report indicated Mr. Nunez-Mojica tested positive for oxycodone. Mr. Nunez-Mojica reported he does not have a valid prescription for this opiate medication. He denied using any opiates and is not sure how or why he tested positive for oxycodone.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 3, 2020

by s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

February 4, 2020

Date